COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:      01-16-00017-CR

Style:      Charles Ray Foster v. The State of Texas

Date motion filed[*]:      March 9, 2016

Type of motion:      State's First Motion for Extension of Time to File Appellate Brief

Party filing motion:      Appellee

Document to be filed:      Appellee's brief

Is appeal accelerated?      No.

If motion to extend time:

     Original due date:      March 9, 2016

     Number of extensions granted:      0      Current Due Date: March 9, 2016

     Date Requested:      April 8, 2016

Ordered that motion is:

     ☑ Granted

         If document is to be filed, document due: April 8, 2016.

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐ Other: _____

Judge's signature: _/s/ Evelyn V. Keyes

         ☒ Acting individually

Date: March 15, 2016

November 7, 2008 Revision